UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRUD ROSSMAN,

        Plaintiff,

v.

BENJAMIN NETANYAHU, *et al.*,

        Defendants.

FILED

DEC - 4 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Civil Action No. 17-2157 (UNA)

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed plaintiff's complaint and its attachments. Aside from making disparaging remarks about the defendants, plaintiff alleges no facts to suggest the existence of a viable legal claim over which this Court has subject matter jurisdiction. Therefore, the Court will dismiss the complaint without prejudice. An Order accompanies this Memorandum Opinion.

DATE: 12/4/2017

_____
United States District Judge